UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Securities and Exchange Commission

    v.                                           Civil No. 03-cv-490-JD

Koji Goto, et al.


O R D E R

The defendant Koji Goto has filed a motion for a status conference or order staying civil action (document no. 78) on the ground that he has been found to be legally incompetent by order of the Hillsborough County Superior Court.

A final pretrial conference is currently scheduled for October 3, 2005, and trial is scheduled for October 18, 2005.

Due to the finding of incompetence, the trial is continued at this time. The final pretrial conference will be converted to a status conference. At that conference counsel are to be prepared to address the issue of whether or not the court should appoint a guardian ad litem to represent Mr. Goto in this matter pursuant to Fed. R. Civ. P. 17(c), so that this case can be

resolved, and how, if appointed, the guardian will be compensated.

    SO ORDERED.

                                      _____
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

September 21, 2005

cc:   John L. Allen, Esquire
      Peter D. Anderson, Esquire
      Edward C. Dial Jr., Esquire
      William S. Gannon, Esquire
      Edward A. Haffer, Esquire
      John Paul Kacavas, Esquire
      Mark D. Kanakis, Esquire
      Charles R. Powell III, Esquire
      Ian D. Roffman, Esquire
      John M. Sullivan, Esquire
      Veronica Caballero Viveiros, Esquire
      Vincent A. Wenners Jr., Esquire