UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Securities and Exchange Commission

    v.                                Civil No. 03-cv-490-JD

Koji Goto, et al.


PROCEDURAL ORDER

    The court met with counsel for the SEC, Koji Goto, and Shaleen Goto to discuss whether a guardian ad litem should be appointed to represent Mr. Goto in this matter or whether the case should be stayed. Counsel were in agreement that the case should be stayed at this point in time, and the court concurs in that recommendation.

    Therefore, this case is stayed pending further order of the court. The SEC shall file periodic status reports with the court concerning any competency determinations that are made by the Hillsborough County Superior Court in the criminal matter pending before that court.

    SO ORDERED.

                                               Joseph A. DiClerico, Jr.
                                             United States District Judge

October 3, 2005

cc:  John L. Allen, Esquire
     Peter D. Anderson, Esquire
     Edward C. Dial Jr., Esquire
     William S. Gannon, Esquire

Edward A. Haffer, Esquire
John Paul Kacavas, Esquire
Mark D. Kanakis, Esquire
Charles R. Powell, III, Esquire
Ian D. Roffman, Esquire
John M. Sullivan, Esquire
Veronica Caballero Viveiros, Esquire
Vince A. Wenners, Jr., Esquire