UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Securities and Exchange Commission</u>

    v.                        Civil No. 03-cv-490-JD

<u>Koji Goto</u>

<u>PROCEDURAL ORDER</u>

This is a civil enforcement action against Koji Goto that has been stayed since October 3, 2005, pending ongoing criminal proceedings involving Goto in state court. Most recently, the court extended the stay pending the outcome of the state court criminal trial. Given the length of the stay in this case, the case will be administratively closed subject to being reopened upon the motion of any party.

    SO ORDERED.

                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

August 24, 2006

cc:  John L. Allen, Esquire
     Peter D. Anderson, Esquire
     Edwards C. Dial, Jr., Esquire
     William S. gannon, Esquire
     Edward A. Haffer, Esquire
     John Paul Kacavas, Esquire
     Mark D. Kanakis, Esquire
     Charles R. Powell, III, Esquire
     Ian D. Roffman, Esquire
     John M. Sullivan, Esquire
     Veronica Caballero Viveiros, Esquire
     Vincent A. Wenners, Jr, Esquire